08 CV 03171

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW STREAM COMMERCIAL FINANCE, LLC,

                    Plaintiff,

    - against -

STAR OF AMERICA, O.N. 973452, her engines, tackle, gear and appurtenances, etc., *in rem*; MAJESTIC STAR, O.N., 1100715, her engines, tackle, gear and appurtenances, etc., *in rem*; Majestic Voyages, Inc., *in personam;* and Majestic Star, Inc., *in personam*,

                    Defendants.

ECF CASE

Civ. No. ___
(In Admiralty)



**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

---

NOW comes Plaintiff, NEW STREAM COMMERCIAL FINANCE, LLC and submits its Disclosure Statement pursuant to Fed.R.Civ.P. 7.1. Plaintiff has no publicly traded parent or affiliate.

Dated: New York, New York
       March 31, 2008

                              THACHER PROFFITT & WOOD LLP

                              By: _____
                              Joseph G. Grasso
                              jgrasso@tpw.com
                              Jesse L. Snyder
                              Jsnyder@tpw.com

                              Two World Financial Center
                              New York, New York 10281
                              (212) 912-7400

                              *Attorneys for Plaintiff New Stream Commercial Finance, LLC*