NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
(212) 940-3000
Dennis J. Drebsky
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

NEW STREAM COMMERCIAL FINANCE, LLC,

        Plaintiff,

 - against -

STAR OF AMERICA, O.N. 973452, her engines, tackle, gear and appurtenances, etc., *in rem*; MAJESTIC STAR, O.N., 1100715, her engines, tackle, gear and appurtenances, etc., *in rem*; Majestic Voyages, Inc., *in personam;* and Majestic Star, Inc., *in personam*,

        Defendants.

Civ. No. _031171(AH)
(In Admiralty)

**ANSWER**

  Defendants, STAR OF AMERICA, O.N. 973452, MAJESTIC STAR, O.N. 1100715, Majestic Voyages, Inc., and Majestic Star, Inc. (collectively, "Defendants"), by and through their attorneys, Nixon Peabody LLP, hereby respond to Plaintiff New Stream Commercial Finance, LLC's ("Plaintiff") Verified Complaint in the captioned matter as follows:

  1. Admit the allegations set forth in paragraph 1 of the Complaint.

  2. Admit the allegations set forth in paragraph 2 of the Complaint.

  3. Admit the allegations set forth in paragraph 3 of the Complaint.

  4. Admit the allegations set forth in paragraph 4 of the Complaint.

  5. Admit the allegations set forth in paragraph 5 of the Complaint.

  6. Admit the allegations set forth in paragraph 6 of the Complaint.

7. Admit the allegations set forth in paragraph 7 of the Complaint.

8. Admit the allegations set forth in paragraph 8 of the Complaint.

9. Admit the allegations set forth in paragraph 9 of the Complaint.

10. Admit the allegations set forth in paragraph 10 of the Complaint.

11. Admit the allegations set forth in paragraph 11 of the Complaint.

12. Admit the allegations set forth in paragraph 12 of the Complaint.

13. Admit the allegations set forth in paragraph 13 of the Complaint.

14. Admit the allegations set forth in paragraph 14 of the Complaint.

15. Admit the allegations set forth in paragraph 15 of the Complaint.

16. Admit the allegations set forth in paragraph 16 of the Complaint.

17. Admit the allegations set forth in paragraph 17 of the Complaint.

18. Admit the allegations set forth in paragraph 18 of the Complaint.

19 Admit the allegations set forth in paragraph 19 of the Complaint.

20. Admit the allegations set forth in paragraph 20 of the Complaint.

21. Admit the allegations set forth in paragraph 21 of the Complaint.

WHEREFORE, Defendants admit and concede the allegations set forth in the Verified Complaint, and concede to the granting of relief as requested by the Plaintiff in the Plaintiff's Verified Complaint.

Dated: New York, New York
      April 2 , 2008

                       NIXON PEABODY LLP

                       By: /s/ Dennis J. Drebsky

                       Dennis J. Drebsky (dd-4579)
                       *ddrebsky@nixonpeabody.com*

                       437 Madison Avenue
                       New York, New York 10022
                       (212) 940-3000

                       *Attorneys for Defendants*