UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW STREAM COMMERCIAL FINANCE, LLC,<br><br>      Plaintiff,<br><br>    - against –<br><br>STAR OF AMERICA, O.N. 973452, her engines, tackle, gear and appurtenances, etc., *in rem*; MAJESTIC VOYAGES, INC., *in personam*; and MAJESTIC STAR, INC., *in personam*,<br><br>      Defendants. | ECF CASE<br><br>Civ No. 08 CV 03171<br>(In Admiralty)<br><br>**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

  Now comes Defendants, STAR OF AMERICA, O.N. 973452, her engines, tackle, gear and appurtenances, etc., *in rem*; MAJESTIC VOYAGES, INC., *in personam*; and MAJESTIC STAR, INC., *in personam,* and submits their Disclosure Statement pursuant to Fed.R.Civ.P. 7.1. The Defendants have no publicly traded parent or affiliate.

Dated: New York, New York
    April 2, 2008

                   NIXON PEABODY LLP

                   */s/ Christopher M. Desiderio*
                   Christopher M. Desiderio
                   Dennis J. Drebsky
                   437 Madison Avenue
                   New York, New York 10022
                   (212) 940-3000
                   cdesiderio@nixonpeabody.com

                   *Attorneys for the Defendants*

10966046.1