THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, New York 10281
(212) 912-7400
Joseph G. Grasso
Jesse L. Snyder
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW STREAM COMMERCIAL FINANCE, LLC,<br><br>       Plaintiff,<br><br>- against -<br><br>STAR OF AMERICA, O.N. 973452, her engines, tackle, gear and appurtenances, etc., *in rem*; MAJESTIC STAR, O.N. 1100715, her engines, tackle, gear and appurtenances, etc.; *in rem*; Majestic Voyages, Inc., *in personam;* and Majestic Star, Inc., *in personam*,<br><br>       Defendants. | Civ. No. 08 cv 3171 (AKH)<br>(In Admiralty)<br><br>ORDER AUTHORIZING ISSUE OF WARRANTS FOR MARITIME ARREST |

## ORDER AUTHORIZING ISSUE OF WARRANTS FOR MARITIME ARREST

Upon reading the Verified Complaint and the Ex Parte Motion Authorizing Issue of Warrants for Maritime Arrest and supporting documents filed herein, and good cause appearing therefore, it is by this Court:

**ORDERED** that the Clerk issue warrants of arrest for vessels STAR OF AMERICA, O.N. 973452, and MAJESTIC STAR, O.N. 1100715, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the property arrested pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff, be entitled to an Order requiring Plaintiff to show cause forthwith why the arrest should not be vacated or other relief granted; and that a copy of this Order be attached and served with the said warrants of arrest; and it is further

**ORDERED** that Plaintiff comply with the notice provisions of 46 U.S.C. § 31325 (d)(1) by sending all individuals with a known interest in the property arrested notice of the arrest, which shall consist of a copy of this signed Order, via Federal Express and Regular U.S. Mail.

Dated: New York, New York
       March 31, 2008

UNITED STATES DISTRICT JUDGE