THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, New York 10281
(212) 912-7400
Joseph G. Grasso
Jesse L. Snyder
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW STREAM COMMERCIAL FINANCE, LLC,

                     Plaintiff,

- against -

STAR OF AMERICA, O.N. 973452, her engines, tackle, gear and appurtenances, etc., *in rem*; MAJESTIC STAR, O.N. 1100715, her engines, tackle, gear and appurtenances, etc., *in rem*; Majestic Voyages, Inc., *in personam;* and Majestic Star, Inc., *in personam,*

                     Defendants.

Civ. No. 08 cv 3171 (AKH)
(In Admiralty)

**AFFIDAVIT OF ATTORNEY IN SUPPORT OF EX PARTE MOTION FOR ORDER AUTHORIZING ISSUE OF WARRANTS FOR MARITIME ARREST**

---

STATE OF NEW YORK      )
                                  ) ss:
COUNTY OF NEW YORK    )

       JESSE L. SNYDER, an attorney duly admitted to practice in the United States District Court, Southern District of New York, hereby testifies to the following:

       1.    I am associated with the law firm of Thacher Proffitt & Wood LLP, attorneys for plaintiff New Stream Commercial Finance, LLC ("Plaintiff") in this action. I make this Affirmation in support of Plaintiff's Ex Parte Motion For Order Authorizing Issue of Warrants for Maritime Arrest.

2.    Plaintiff hereby moves this Court, *ex parte*, pursuant to Supplemental Federal Rule of Civil Procedure C, for an Order authorizing the issue of warrants for the maritime arrest of the vessels STAR OF AMERICA, O.N. 973452, and MAJESTIC STAR, O.N. 1100715 (the "Vessels"). In further support of this motion, Plaintiff has submitted an accompanying memorandum of law and proposed Order, and refers to the Verified Complaint filed herewith.

3.    I believe that the grounds for the maritime arrest of the Vessels as set forth in the accompanying memoranda of law exist, and respectfully request the Court to grant such relief. The source of my knowledge and the grounds for my belief are the statements made and the documents, and information, received from the Plaintiff and agents and/or representatives of the Plaintiff.

4.    I am authorized to make this Affidavit on behalf of the Plaintiff.

                                                            /s/ Jesse L. Snyder
                                                            Jesse L. Snyder

Sworn to before me this
31st day of March, 2008

/s/ Notary Public

BRENDAN ERNEST ZAHNER
NOTARY PUBLIC, State of New York
No. 02ZA6088482
Qualified in Nassau County
Commission Expires March 3, 2011