THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, New York 10281
(212) 912-7400
Joseph G. Grasso
Jesse L. Snyder
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW STREAM COMMERCIAL FINANCE, LLC,

                Plaintiff,

- against -

STAR OF AMERICA, O.N. 973452, her engines, tackle, gear and appurtenances, etc., *in rem*; MAJESTIC STAR, O.N. 1100715, her engines, tackle, gear and appurtenances, etc., *in rem*; Majestic Voyages, Inc., *in personam;* and Majestic Star, Inc., *in personam,*

                Defendants.

Civ. No. 08 cv 3171 (AKH)
(In Admiralty)

---

## MEMORANDUM OF LAW IN SUPPORT OF EX PARTE MOTION FOR ORDER AUTHORIZING ISSUE OF WARRANTS FOR MARITIME ARREST

Plaintiff NEW STREAM COMMERCIAL FINANCE, LLC ("New Stream") has moved, pursuant to Supplemental Federal Rule of Civil Procedure C, for this Court to issue warrants for the maritime arrest of the vessels STAR OF AMERICA, O.N. 973452, and MAJESTIC STAR, O.N. 1100715 (collectively, the "Vessels").

This motion is based on the facts set forth in the Verified Complaint, filed herewith. Plaintiff is the holder of three promissory notes which are secured by two preferred ship mortgages on the STAR OF AMERICA, O.N. 973452, and one preferred ship mortgage on the

MAJESTIC STAR, O.N. 1100715. Pursuant to 46 U.S.C. § 31301 et seq., Plaintiff has maritime liens on the Vessels and the right to arrest the Vessels to enforce said maritime liens.

Upon the Complaint and its verification, arrest of the Vessels is proper pursuant to Supplemental Rule C. The Vessels are presently docked at Surfside 3 Marina Chelsea Piers, Pier 60, located in New York, New York, and are within this District.

Plaintiff respectfully requests that this Court grant its motion.

Dated: New York, New York
       March 31, 2008

                                    THACHER PROFFITT & WOOD LLP

                                    By: _____

                                    Joseph G. Grasso
                                    jgrasso@tpw.com
                                    Jesse L. Snyder
                                    jsnyder@tpw.com

                                    Two World Financial Center
                                    New York, New York 10281
                                    (212) 912-7400

                                    *Attorneys for Plaintiff New Stream Commercial Finance, LLC*