THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, New York 10281
(212) 912-7400
Joseph G. Grasso
Jesse L. Snyder
Andrew B. Zinman
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW STREAM COMMERCIAL FINANCE, LLC,<br><br>            Plaintiff,<br><br>- against -<br><br>STAR OF AMERICA, O.N. 973452, her engines, tackle, gear and appurtenances, etc., *in rem*; MAJESTIC STAR, O.N. 1100715, her engines, tackle, gear and appurtenances, etc.; *in rem*; Majestic Voyages, Inc., *in personam;* and Majestic Star, Inc., *in personam,*<br><br>            Defendants. | **ECF CASE**<br><br>Civ. No. 08 Civ. 3171 (AKH)<br>(In Admiralty)<br><br>**AFFIDAVIT OF SERVICE** |

Christina C. Bruno, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age, and has a business address of Two World Financial Center, New York, New York 10281.

2. On April 2, 2008, deponent caused a copy of Order Authorizing Issue of Warrants for Maritime Arrest, and Notice of Arrest to be served by depositing a true and correct copy of the same into the custody of both Federal Express, and the United States Postal Service enclosed in properly addressed postage paid wrappers to:

Marine Builders Inc.,
Winston Lee Knauss,
1800 NE 114th St
Miami, FL 33181

Winston Lee Knauss Trustee
of the Winston Lee Knauss Revocable Living Trust DTD 12/7/98
1800 NE 114th St
Miami, FL 33181

Majestic Voyages, Inc.
373 Park Ave South, 7th Fl
New York, NY 10016

Associates Commercial Corporation
300 East Carpenter Freeway, 17th Fl
Irving, TX 765062

Debis Financial Services, Inc.
201 Merritt 7, Suite 700
Norwalk, CT 06856

U.S. Small Business Administration
360 Rainbow Blvd South
Niagara Falls, NY 14301-1192

Grow America Fund, Inc.
51 East 42nd St Ste 300
New York, NY 10017

The Webb Family Trust
Jeffrey L. Webb
250 West Main Street
Suite 3000
Lexington, KY 40507

Majestic Star, Inc.
373 Park Ave South, 7th Fl
New York, NY 10016

Frank L. Beier Radio, Inc.
811 South Causeway Blvd.
Jefferson, LA 70121

Webb Cruise Lines, Inc.
250 West Main Street
Suite 3000
Lexington, KY 40507

Caterpillar Financial Services Corporation
P.O. Box 340001
Nashville, TN 37203-0001

The Webb Family Trust
Marc Blum, Trustee
The Gannett Building,
2333 East Redwood St.
Baltimore, MD 20202

Donald Woodford Webb Jr.
The Webb Companies
250 West Main Street
Suite 3000
Lexington, KY 40507

Star of America, Inc.
373 Park Ave South, 7th Fl
New York, NY 10016

American Aircrafters
301 Airport Road
Picayune, MS 39466

Biltone Inc.,
14 Athens Ave.
South Amboy, New Jersey 08879

Dated: New York, New York
April 3, 2008

_____
Christina C. Bruno

Sworn to before me this
3rd day of April, 2008

_____
Notary Public

ALAN FREDERICK KAUFMAN
NOTARY PUBLIC, State of New York
No. 02KA6045415
Qualified in New York County
Commission Expires July 31, 2010

3