THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, New York 10281
(212) 912-7400
Joseph G. Grasso
Jesse L. Snyder
Andrew B. Zinman
*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW STREAM COMMERCIAL FINANCE, LLC,<br><br>                                  Plaintiff,<br><br>           - against -<br><br>STAR OF AMERICA, O.N. 973452, her engines, tackle, gear and appurtenances, etc., *in rem*; MAJESTIC STAR, O.N. 1100715, her engines, tackle, gear and appurtenances, etc.; *in rem*; Majestic Voyages, Inc., *in personam;* and Majestic Star, Inc., *in personam*,<br><br>                                  Defendants. | **ECF CASE**<br><br>08 Civ. 3171 (AKH)<br>(In Admiralty)<br><br>ORDER AUTHORIZING PUBLICATION OF NOTICE OF ARREST |

**ORDER AUTHORIZING PUBLICATION OF NOTICE OF ARREST**

Plaintiff NEW STREAM COMMERCIAL FINANCE LLC ("New Stream"), through its attorneys, THACHER PROFFITT & WOOD LLP, having petitioned this Court for an Order Authorizing Publication of Notice of Arrest; and the Court having considered the motion, supporting memorandum, and exhibit; and good cause appearing;

IT IS HEREBY ORDERED that NEW STREAM COMMERCIAL FINANCE LLC's Motion for an Order Authorizing Publication of Notice of Arrest is GRANTED. Notice of this action and the arrest of the vessels STAR OF AMERICA, O.N. 973452, and MAJESTIC STAR,

O.N. 1100715, shall be published in the JOURNAL OF COMMERCE in the form set forth in Exhibit A to the accompany Affidavit in support of the Order Authorizing Publication of Notice of Arrest.

Dated: New York, New York
      April 2, 2008

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE