THACHER PROFFITT & WOOD LLP
Two World Financial Center
New York, New York 10281
(212) 912-7400
Joseph G. Grasso
Jesse L. Snyder
Andrew B. Zinman
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW STREAM COMMERCIAL FINANCE, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> STAR OF AMERICA, O.N. 973452, her engines, tackle, gear and appurtenances, etc., *in rem*; MAJESTIC STAR, O.N. 1100715, her engines, tackle, gear and appurtenances, etc.; *in rem*; Majestic Voyages, Inc., *in personam;* and Majestic Star, Inc., *in personam*, <br><br> Defendants. | **ECF CASE** <br><br> Civ. No. 08 Civ. 3171 (AKH) <br> (In Admiralty) <br><br> **AFFIDAVIT OF SERVICE** |

Christina C. Bruno, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age, and has a business address of Two World Financial Center, New York, New York 10281.

2. On April 4, 2008, deponent caused a copy of Order Appointing Substitute Custodian and Providing for Custodia Legis Expenses After Arrest to be served by depositing a true and correct copy of the same into custody of the United States Postal Service enclosed in properly addressed postage paid wrappers to:

Nixon Peabody LLP
Dennis J. Drebsky
437 Madison Ave
New York, New York 10022

Dated: New York, New York
April 4, 2008

_____
Christina C. Bruno

Sworn to before me this
4th day of April, 2008

_____
Notary Public

BRENDAN ERNEST ZAHNER
NOTARY PUBLIC, State of New York
No. 02ZA6086482
Qualified in Nassau County
Commission Expires March 3, 2011