UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
NEW STREAM COMMERCIAL FINANCE, LLC.,                                    :
                                                                        :   Civ. No. 08 Civ.3171 (AKH)
                                          Plaintiff,                    :   (In Admiralty)
        - against -                                                     :
                                                                        :
STAR OF AMERICA, O.N. 973452, her                                       :
engines, tackle, gear and appurtenances, etc.,                          :
in rem; MAJESTIC STAR, O.N. 1100715, her                                :
engines, tackle, gear and Appurtenances, etc., in rem;                  :
Majestic Voyages, Inc., in personam; and Majestic Star,                 :
Inc., in personam,                                                      :
                                                                        :
                                          Defendants.                   :
------------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To:**  Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  Joseph G. Grasso

?   **Attorney**

   x   I am a U.S.D.C., Southern District of New York Attorney.  My Bar Number is: JG 3651

   ?   I am a Pro Hac Vice attorney

   ?   I am a Government Agency Attorney

?   **Law Firm/Government Agency Association**

   From:   Thacher, Proffitt & Wood, LLP

   To:   Wiggin and Dana LLP

   x   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

? I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

? **Address:** 450 Lexington Avenue, 38th Floor, New York, NY 10017

? **Telephone Number**: 212-490-1700

? **Fax Number:** 212-490-0536

? **E-Mail Address:** jgrasso@wiggin.com

Dated: New York, New York
April 24, 2008

        /s/ JOSEPH G. GRASSO_____
        JOSEPH G. GRASSO