# AFFIDAVIT OF PUBLICATION
## for The Journal of Commerce Shipper Group

## The Journal of Commerce
33 E. Washington St., 13th Fl., Newark, NJ 07102
973-848-7166/973-848-7045 fax

I, _____ Craig Wilson _____, am authorized by the publisher as agent to make this affidavit of publication. Under oath, I state that the following is true and correct.

The _____ Journal of Commerce _____ is a magazine which is published weekly, is of general circulation, and is in located in Newark and E. Windsor, New Jersey.

The notice has been published one (1) times in the magazine listed above.

DATE(S) OF PUBLICATION:
1) April 14, 2008

THE NAME OF THE ADVERTISER: Wiggin and Dana

TYPE OF DOCUMENT: Notice – New Stream Commercial Finance, LLC

AUTHORIZED SIGNATURE:
_____ /s/ Craig W. Wil _____
Title   Account Manager

SUBSCRIBED AND SWORN TO BEFORE ME ON THE

__6th__ DAY OF _____ May _____, 2008.

NOTARY SIGNATURE: /s/ Rosemary Ferrara