# Thacher Proffitt

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.8341
MMuller@tpw.com

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 5/8/08]

[Stamp: RECEIVED MAY 0 8 2008 CHAMBERS OF ALVIN K. HELLERSTEIN]

May 7, 2008

**VIA HAND DELIVERY**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

[Handwritten: So ordered 5/8/08 /s/ Alvin Hellerstein]

Re: New Stream Commercial Finance, LLC v. Star of America, O.N. 973452, et al.
Civ. No. 08-3171 (AKH)

Dear Judge Hellerstein,

I write to request that Jesse L. Snyder be removed from the electronic docket and service list. Plaintiff in this action is represented by Joseph G. Grasso, formerly of Thacher Proffitt & Wood LLP, and now with the firm of Wiggin and Dana LLP. Mr. Grasso has filed a Notice of Change of Address (Doc. # 19).

I thank the Court for its consideration.

Respectfully submitted,

/s/ Michael Muller

Michael Muller
Managing Clerk

cc: Jesse L. Snyder, Esq.
Joseph G. Grasso, Esq. (via electronic mail)
Christopher M. Desiderio (via electronic mail)