```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW STREAM COMMERCIAL FINANCE, : 
LLC :
: Civ. No. 08 CV 3171 (AKH)
                              Plaintiff, : (In Admiralty)
:
            -against- :
:
STAR OF AMERICA, O.N. 973452, her :
engines, tackle, gear and appurtenances, etc., :
*in rem*; Majestic Voyages, Inc., *in personam*; : **ORDER FOR INTERLOCUTORY SALE**
and Majestic Star, Inc., *in personam*, :
:
                             Defendants :

---

        Pursuant to Local Rules of Practice for the United States District Court for the Southern District of New York, Admiralty Rule C.2, and upon Plaintiff NEW STREAM COMMERCIAL FINANCE, LLC'S Motion for Interlocutory Sale of *In Rem* Defendants STAR OF AMERICA, O.N. 973452 and MAJESTIC STAR, O.N. 1100715 (collectively referred to as "Vessels"), Memorandum in Support of Motion, Affidavit of Steven Sanicola and Exhibits A & B thereto, Affidavit of Craig W. Wilson, the Court's Endorsed Order dated May 19, 2008 on the letter from plaintiff's counsel dated May 16, 2008, and the record and files herein, and no opposition to plaintiff's motion having been filed, it is hereby

        ORDERED that Plaintiff NEW STREAM COMMERCIAL FINANCE, LLC may cause the Vessels to be sold by the U.S. Marshal for the Southern District of New York at a public auction to be held at 10:30 A.M. EDT on the 9th day following entry of this Order, under terms and conditions to be determined by the Marshal, and it is further

        ORDERED that plaintiff NEW STREAM COMMERCIAL FINANCE, LLC publish notice of the sale of the Vessels in the *New York Times* and the *Newark Star Ledger* for six consecutive days prior to any such sale.

Dated: New York, New York
       May ___, 2008

                                                                          U.S.D.J.